| | |
|---|---|
| MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>COOLEY LLP<br>101 California Street – 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone:(415) 693-2000<br>Facsimile: (415) 693-2222 | WILSON W. LIN (302228)<br>wlin@park-law.com<br>H.C. PARK & ASSOCIATES, PLC<br>1894 Preston White Drive<br>Reston, VA 20191<br>Telephone: (703) 544-9230<br>Facsimile: (703) 288-5139 |
| JOSEPH M. DRAYTON (*Pro Hac Vice* Pending)<br>(jdrayton@cooley.com)<br>COOLEY LLP<br>1114 Avenue of the Americas<br>New York, NY 10036-7798<br>Telephone:(212) 479-6000<br>Facsimile:(212) 479-6275 | Attorney for Plaintiff GLOBAL TOUCH SOLUTIONS, LLC |
| PHILLIP E. MORTON (*Pro Hac Vice* Pending)<br>(pmorton@cooley.com)<br>COOLEY LLP<br>11951 Freedom Drive<br>Reston, VA 20190-5656<br>Telephone:(703) 456-8000<br>Facsimile:(703) 456-8100 | |
| ROSE S. WHELAN (*Pro Hac Vice* Pending)<br>(rwhelan@cooley.com)<br>COOLEY LLP<br>1299 Pennsylvania Ave., NW<br>Washington, DC 20004-2400<br>Telephone:(202) 842-7800<br>Facsimile:(202) 842-7899 | |

Attorneys for Defendant
MOTOROLA MOBILITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLOBAL TOUCH SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY LLC,<br><br>Defendant. | CASE NO. 15-CV-02749-JD<br><br>**STIPULATION AND ORDER TO CHANGE HEARING DATE FOR DEFENDANT'S MOTION TO STAY** |

Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12, Plaintiff Global Touch Solutions, LLC ("GTS") and Defendant Motorola Mobility LLC ("Motorola"), hereby stipulate and request an order changing the hearing date for Motorola's Motion to Stay This Action Pending Final Resolution of *Inter Partes* Review of the Patents-in-Suit (Dkt. 56). The hearing is currently scheduled for August 26, 2015 at 10:00 a.m. and the parties wish to move the hearing date to August 19, 2015 at 10:00 a.m. Defendants in three related cases have filed similar motions to stay pending final resolution of the same *Inter Partes* Review proceedings. *See Global Touch Solutions, LLC v. Apple, Inc.*, Case No. 3:15-cv-02748, Dkt. 37; *Global Touch Solutions, LLC v. Microsoft Corporation et. al.*, Case No. 3:15-cv-02750, Dkt. 52; *Global Touch Solutions, LLC v. VIZIO, Inc.*, 3:15-cv-02747, Dkt. 49. These motions are currently scheduled for hearing on August 19, 2015 at 10:00 a.m. The parties agree that judicial efficiency and the interests of the parties would be best served by moving the hearing of Motorola's motion to August 19, 2015 to consolidate all four related hearings. GTS' opposition brief is due on July 30, 2015 and Motorola's response brief will be due no later than August 6, 2015. Accordingly, the Court would have 13 days to review the papers prior to an August 19, 2015 hearing.

Dated: July 29, 2015

Respectfully submitted,

H.C. PARK & ASSOCIATES, PLC

By */s/ Wilson W. Lin*
WILSON W. LIN (302228)

Attorney for Plaintiff GLOBAL TOUCH SOLUTIONS, LLC

COOLEY LLP

By */s/ Michael G. Rhodes*
MICHAEL G. RHODES (116127)

Attorneys for Defendant MOTOROLA MOBILITY LLC

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), the undersigned attests that all parties have concurred in the filing of this STIPULATION TO CHANGE HEARING DATE FOR DEFENDANT'S MOTION TO STAY.

Dated: July 29, 2015　　　　　　　　　　　COOLEY LLP

　　　　　　　　　　　　　　　　　　　　By */s/ Michael G. Rhodes*
　　　　　　　　　　　　　　　　　　　　　　MICHAEL G. RHODES (116127)

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant MOTOROLA MOBILITY LLC

PURSUANT TO STIPLUATION, IT IS SO ORDERED.

Dated : July 31, 2015

_____
Hon. James Donato
United States District Judge

3